UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MAURICE D. BLACK,

        Plaintiff,                              Case No. 24-cv-13417
                                                    Honorable Linda V. Parker

v.

HEIDI WASHINGTON, et al.,

        Defendants.
_____/

## ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL AND REQUIRING DEFENDANT PETE HUTSON TO ANSWER OR OTHERWISE PLEAD

On December 19, 2024, Plaintiff, through counsel, filed this prisoner civil rights action against Defendants alleging claims under 42 U.S.C. § 1983. (ECF No. 1). Counsel has entered an appearance on behalf of all non-John Doe Defendants, except Pete Hutson (*see* ECF Nos. 9-12), and counsel for those Defendants and Plaintiff stipulated to an order allowing limited discovery (ECF No. 12.) Hutson was personally served with a Summons and a Copy of the Complaint on January 14, 2025. (ECF No. 6 at PageID. 56.)

Under the Prison Litigation Reform Act, a defendant is not required to file a response to a prisoner's complaint unless the court orders otherwise. *See* 42 U.S.C. § 1997e(g)(1). Plaintiff has filed a motion asking the Court to require Hutson to respond. (ECF No. 13.) As the Court finds that Plaintiff "has a

reasonable opportunity to prevail on the merits[]" of his claims against Hutson, it is granting his request.

Accordingly,

**IT IS ORDERED** that Plaintiff's motion to compel (ECF No. 13) is **GRANTED** and Hutson shall file a responsive pleading or otherwise respond to Plaintiff's Complaint on or before **March 28, 2025**.

**IT IS FURTHER ORDERED** that Plaintiff shall **personally** serve a copy of this Order on Hutson and file a certificate of service.

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: March 10, 2025

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, March 10, 2025, by electronic and/or U.S. First Class mail.

s/Aaron Flanigan
Case Manager